**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Marianella BOGNOLI, aka Nala,**
**Defendant—Appellant.**

No. 02–50657.

D.C. No. CR–00–01321–AHM–04.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.\*

Decided Aug. 3, 2005.

Diana L. Pauli, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Dominic Cantalupo, Law Office of Dominic Cantalupo, Santa Monica, CA, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

MEMORANDUM\*\*

Marianella Bognoli appeals her guilty-plea conviction and the 70–month sentence imposed for conspiracy to possess pseudoephedrine, knowing or having reasonable cause to believe that it would be used to manufacture methamphetamine, in violation of 21 U.S.C. §§ 846, 841(d)(2), and 18 U.S.C. § 2.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**684**

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Bognoli has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Bognoli has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw as counsel on appeal is **GRANTED.**

Bognoli's conviction is **AFFIRMED,** and we **DISMISS** the appeal of Bognoli's sentence in light of the valid appeal waiver.